FILED
Scott L. Poff, Clerk
United States District Court

By Ericka Sharpe at 1:17 pm, Dec 17, 2018

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| ROY MUNN, Individually, | |
| Plaintiff, | CIVIL ACTION NO.: 4:18-cv-219 |
| v. | |
| REALTY INCOME CORPORATION, a foreign company, | |
| Defendant. | |

## O R D E R

Before the Court is the Plaintiff's Notice of Voluntary Dismissal filed on December 10, 2018, stating that the Plaintiff seeks to dismiss all claims with prejudice. (Doc. 11.) Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court DISMISSES this action with prejudice. The Clerk is hereby authorized and directed to CLOSE this case.

**SO ORDERED**, this 17th day of December, 2018.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA